OSCAR FRIED, Respondent, *v.* NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.

*Negligence — railroads — master and servant — injury to lineman through his coming in contact with wire carrying high voltage — assumption of risk — contributory negligence.*

*Fried v. N. Y., N. H. & Hartford R. R. Co.*, 183 App. Div. 115, affirmed.

(Argued January 24, 1921; decided March 1, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 16, 1918, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant, his employer. Plaintiff, while working as foreman of a

gang of linemen who were installing a new power transmission system on the defendant's railroad, came in contact with a wire carrying a high voltage and received the injuries complained of. The complaint alleged that at the time of the accident both plaintiff and defendant were engaged in interstate commerce and that the accident occurred by reason of the negligence of plaintiff's general foreman and a member of the gang of which plaintiff was foreman. The defense was assumption of risk and contributory negligence.

*William Rand, William Travers Jerome, Harland B. Tibbetts, George F. Lewis* and *Charles M. Sheafe, Jr.*, for appellant.

*Thomas J. O'Neill, Edgar T. Brackett* and *Leonard F. Fish* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J.